# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:20-cv-00166 | Dicastal North America, Inc. v. Markowitz Metals Group, LLC | 04/19/2022 |

**PARTIES** Attendees

| Name | On Behalf Of |
|---|---|
| Michael Lewis | Plaintiff |
| Andrea Wressell | Plaintiff |
| Bruce Markowitz | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Ashley G. Chrysler | Plaintiff |
| Homayune A. Ghaussi | Plaintiff |
| Patrick C. Lannen | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☐ Case settled in full - Final paperwork will be filed: _____
☐ Mediation continuing - Date of Next Session _____
☑ Not settled - Mediation Completed

Dated: June 17, 2022      By: /s/ Lee T. Silver
                                Lee T. Silver
                                Mediator